In the Matter of the Application of REUBEN DORFMAN, Judgment Creditor, Appellant. BENJAMIN SILVERSTEIN, Judgment Debtor. SAMPSON SEYMOUR HECHT, Respondent.— Order so far as appealed from affirmed, with ten dollars

* Affd., 254 N. Y. —.

costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.